Milord A. Keshishian, SBN 197835
milord@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
L.A. GEM & JEWELRY DESIGN, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. GEM & JEWELRY DESIGN, INC., a California Corporation,<br><br>        Plaintiff,<br><br>        vs.<br><br>CHAMILIA, LLC., a Delaware Limited Liability Company; and DOES 1-10,<br><br>        Defendants. | Case No.:  2:18-cv-05770<br><br>**PLAINTIFF L.A. GEM & JEWELRY DESIGN, INC.'S DISCLOSURE STATEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 7.1(a) the following disclosures are made by Plaintiff L.A. GEM & JEWELRY DESIGN, INC. ("LA GEM"):

1.    LA GEM has no parent corporation;

2.    No publicly held corporation owns 10% or more of the stock of LA GEM.

Dated:  June 29, 2018                **MILORD & ASSOCIATES, P.C.**
                                     /s/ Milord A. Keshishian
                                     Milord A. Keshishian
                                     Attorneys for Plaintiff
                                     L.A. GEM & JEWELRY DESIGN, INC.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**PLAINTIFF L.A. GEM & JEWELRY DESIGN, INC.'S DISCLOSURE STATEMENT**